UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIANA DANIELLE HEIKELL,

              Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

              Defendant.

Case No. C14-1983-RSL-BAT

**ORDER AFFIRMING THE COMMISSIONER**

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is **AFFIRMED**.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 30th day of November, 2015.

                                            */s/ Robert S. Lasnik*
                                            Robert S. Lasnik
                                            United States District Judge